**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CYPRESS INSURANCE COMPANY** **PLAINTIFF**

**v.** **CASE NO. 3:25-CV-00058-BSM**

**BILL'S AUTO TOWING, LLC
D/B/A BILLS AUTO SALVAGE & SALES,** *et al.* **DEFENDANTS**

# ORDER

Cypress Insurance Company's uncontested motion for summary judgment [Doc. No. 18] is granted.

A Chevrolet Cobalt driven by Derrick Grant struck a car occupied by Harry and Linda Higgs; tragically all occupants were killed as a result. *See* Resp. Plf's. Statement Material Facts (SUMF) ¶¶ 16–17. Bill's Auto Salvage is listed as the owner of the Cobalt by the Arkansas Department of Finance and Administration. *Id.* ¶ 15. And while Cypress insured one truck owned by Jackie W. Riggs, Sr. DBA: Bill's Auto Salvage, it did not insure the Cobalt. *Id.* at ¶¶ 1, 3–4, & 6. When Melinda Wood, the personal representative of the Estates of Harry Higgs and Linda Higgs, sued multiple parties in state court, Cypress provided a defense for Grant and Bill's Auto but reserved its rights to contest coverage. *Id.* ¶¶ 26–27 & 29. Cypress then brought this action for a declaration that it has no duty to provide coverage to defendants or to indemnify them. It now moves for summary judgment.

Cypress's uncontested motion for summary judgment is granted. *See* Fed. R. Civ. P. 56(a); *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 249–50 (1986) (summary judgment is appropriate unless there are contested issues of material fact). Bill's Auto and defendant

Jackie W. Riggs, Sr. do not contest the motion. *See* Doc. No. 29. Wood disputes many of the facts set forth in the motion and supporting documents but concedes that the Cypress policy does not cover the Cobalt. *See* Doc. No. 24 ¶¶ 2–4. Although the disputed facts are pivotal in the underlying state court case, they are immaterial here. *Id*. Finally, defendant Charsie Gordon has waived her right to contest summary judgment because she failed to respond to the motion and warning order. *See* Doc. No. 28.

IT IS SO ORDERED this 27th day of July, 2026.

UNITED STATES DISTRICT JUDGE