**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CYPRESS INSURANCE COMPANY** **PLAINTIFF**

**v.** **CASE NO. 3:25-CV-00058-BSM**

**BILL'S AUTO TOWING, LLC**
**D/B/A BILLS AUTO SALVAGE & SALES,** *et al.* **DEFENDANTS**

**DECLARATORY JUDGMENT**

Consistent with the order entered today, Cypress Insurance Company has no duty to defend or indemnify Bill's Auto & Towing, LLC d/b/a/ Bills Auto Salvage & Sales or the Estate of Derrick Grant in connection with a lawsuit brought by Melinda Wood, as special personal representative of the Estate of Harry Higgs, and the Estate of Linda Higgs. *See Higgs v. Bill's Auto & Towing, LLC d/b/a/ Bills Auto Salvage & Sales*, Case No. 47BCV-22-223 in the Circuit Court of Mississippi County, Arkansas. This case is dismissed with prejudice and the clerk is directed to close it.

IT IS SO ORDERED this 27th day of July, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE